**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-1722**

─────────

CLAIRE J. RIGAS,

Plaintiff - Appellant,

versus

SAFEWAY, INCORPORATED,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-99-2160-MJG)

─────────

Submitted: November 22, 2000        Decided: December 19, 2000

─────────

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

David M. Melnick, Rockville, Maryland, for Appellant. Joseph P. Harkins, Margarita D. Santos, LITTLER MENDELSON, P.C., Washington, D.C., for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Claire J. Rigas appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court, see Rigas v. Safeway, Inc., No. CA-99-2160-MJG (D. Md. Apr. 28, 2000), to the extent that it does not conflict with our opinion in Edelman v. Lynchburg College, 228 F.3d 503 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED